TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00217-CR







The State of Texas, Appellant



v.



Kathy Howard, Appellee







FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY


NO. 422,782, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING








PER CURIAM


 The State appeals the trial court's order granting appellee's motion to suppress
evidence. The State has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


Before Justices Powers, Kidd and B. A. Smith

Appeal Dismissed on State's Motion

Filed: May 17, 1995

Do Not Publish